**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**K.M., individually and**
**on behalf of E.L., a minor,**

    **Plaintiffs,**

**v.**                                 **Case No.: 3:25-cv-01604-MCR-ZCB**

**SANTA ROSA COUNTY SCHOOL**
**BOARD,**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

COME NOW, the Parties, by and through their undersigned counsel and pursuant to N.D. Fla. Loc. R. 16.2, and hereby notify this Court that the parties have reached a tentative resolution in this matter.

The settlement includes the settlement of a minor's claim and an administrative due process case, and the parties are in the process of drafting a mutually acceptable written agreement. Additionally, the written agreement is required to be approved by the School Board at a public meeting. Presently, the parties anticipate presenting a written agreement to the School Board for consideration at its public meeting on April 2, 2026. In the event a written agreement

is approved by the School Board, it will then be submitted to this Court along with a Motion to Approve Minor Settlement.

Due to the time required to seek School Board approval and for Plaintiffs to file a subsequent Motion to Approve Minor Settlement, the Parties respectfully request that all deadlines in the Final Scheduling Order and Mediation Referral [Doc. 22] be cancelled or abated. This will give the parties the opportunity to devote their time and resources to seek the necessary approvals for this settlement.

Respectfully submitted this 16th day of March 2026.

| | |
|---|---|
| LANGER LAW, P.A.<br>*s/ Stephanie Langer, Esq.*<br>Stephanie Langer, Esq.<br>Fla Bar Number: 149720<br>450 State Road 13 North<br>Suite 106 - Box 162<br>St. Johns, Florida 32259<br>Tel: 305.570.0940<br>Fax: 305.204.9602<br>Email Slanger@langerlawpa.com<br>admin@langerlawpa.com<br>*Attorneys for Plaintiffs* | */s/  Terry J. Harmon*<br>**TERRY J. HARMON**<br>Florida Bar Number: 29001<br>tharmon@sniffenlaw.com<br>SNIFFEN & HARMON, P.A.<br>123 North Monroe Street<br>Tallahassee, Florida 32301<br>Telephone: 850-205-1996<br>Fax: 850-205-3004<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of March 2026 a true and correct copy of the foregoing was electronically filed with the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/  Terry J. Harmon*
**TERRY J. HARMON**

2